■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTONIO LOPEZ, Appellant. [61 NYS3d 883]—

Order, Supreme Court, New York County (Daniel P. FitzGerald, J.), entered on or about July 27, 2016, which denied defendant's Correction Law § 168-o (2) petition to modify his sex offender classification, unanimously affirmed, without costs.

Defendant failed to establish by clear and convincing evidence a basis for modification of his risk level (*see People v Lashway*, 25 NY3d 478 [2015]). Defendant's expression of remorse is not new, and was considered by the SORA court at the original hearing. The remaining mitigating factors cited by defendant, including his failure to reoffend since his release from prison on the underlying conviction, do not outweigh the seriousness of the sex crime, which was committed against a child over an extended period of time (*see People v Johnson*, 124 AD3d 495 [1st Dept 2015]; *People v Vega*, 115 AD3d 461, 461-462 [1st Dept 2014], *lv denied* 23 NY3d 905 [2014]). Concur—Tom, J.P., Richter, Andrias, Gesmer and Singh, JJ.